MATTHEW J. RUGGLES, Bar No. 173052
ERIC R. OSTREM, Bar No. 251411
LITTLER MENDELSON
A Professional Corporation
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Attorneys for Defendants
SHANE A. TERRY; MICHAEL GOLDMAN;
GAVIN HENSING; CLAUDE L. TERRY; PAUL
A. ORMOND; RALPH H. PALMEN, GARY B.
O'MALLEY; AND UNITED PETROLEUM, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN LUBRICANTS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHANE A. TERRY; MICHAEL GOLDMAN; GAVIN HENSING; CLAUDE L. TERRY; PAUL A. ORMOND; RALPH H. PALMEN; GARY B. O'MALLEY, and UNITED PETROLEUM, LLC,<br><br>Defendants. | Case No. 2:11-CV-01284-KJM-GGH<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL FURTHER INITIAL DISCLOSURES AND FURTHER RESPONSE TO DEFENDANTS' INTERROGATORY NO. 1**<br><br>Date: November 17, 2011<br>Time: 10 a.m.<br>Ctrm: 9<br><br>Magistrate Judge: Hon. Gregory G. Hollows<br><br>Complaint Filed: May 13, 2011 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on November 17, 2011 at 10 a.m., or as soon thereafter as the matter may be heard in Courtroom 9 of the United States District Court, Eastern District of California, Magistrate Judge Gregory G. Hollows presiding, located at 501 I Street, Sacramento, California, or at such later time and place as the Court may direct, Defendants SHANE A. TERRY; MICHAEL GOLDMAN; GAVIN HENSING; CLAUDE L. TERRY; PAUL A. ORMOND; RALPH H. PALMEN; GARY B. O'MALLEY, and UNITED PETROLEUM, LLC

Firmwide:104736570.1 068327.1001   Case No. 2:11-CV-01284-KJM-GGH

Defs.' Not. of Mot. & Mot. to Compel Further Initial Disclosures & Further Resp. to Defs.' Interrog. No. 1

("Defendants") will bring this Motion to Compel Further Initial Disclosures and Further Response to Defendants' Interrogatory No. 1.

Defendants will seek two elements of relief by this Motion.

First, Defendants will ask this Court for an order compelling Plaintiff NORTH AMERICAN LUBRICANTS CO. ("Plaintiff" or "NALC") to serve further Federal Rule of Civil Procedure 26(a) Initial Disclosures. Plaintiff NALC's Initial Disclosures are deficient in several significant respects, such as Plaintiff's refusal to provide (a) addresses for witnesses, (b) meaningful descriptions of the categories of knowledge of each witness, and (c) meaningful descriptions of categories of documents. Defendants attempted to meet and confer with Plaintiff's counsel on these issues, but Plaintiff's counsel did not respond. Defendants seek an order compelling Plaintiff NALC to serve its Initial Disclosures pursuant to Federal Rules of Civil Procedure 26 and 37, and Local Rules 230 and 251. Defendants also seek an award of expenses (attorneys' fees) incurred by Defendants in preparing and filing this Motion to Compel, pursuant to Federal Rule of Civil Procedure 37(a)(5), in an amount to be submitted with the Joint Statement re Discovery Disagreement and/or determined at the hearing.

Second, Defendants will ask this Court for an order compelling Plaintiff NALC to serve a further response to a single interrogatory, Interrogatory No. 1. Defendants served this interrogatory at the outset of discovery, asking Plaintiff NALC to identify and describe with specificity the alleged trade secret information that Plaintiff claims Defendants misappropriated. Such an identification in appropriate detail is routinely regarded as appropriate and necessary at the outset of discovery in a trade secrets misappropriation case such as this. *See, e.g., Computer Economics, Inc. v. Gartner Group, Inc.*, 50 F. Supp. 2d 980, 985 (C.D. Cal. 1999); *Porous Media Corp. v. Midland Brake, Inc.*, 187 F.R.D. 598, 600 (D. Minn. 1999). Plaintiff NALC's response to Interrogatory No. 1 did not provide sufficient detail or cogent description of the alleged trade secrets at issue in all respects, instead offering mainly vague and over-broad categories of information. Defendants attempted to meet and confer with Plaintiff's counsel about the deficiency of the response, but Plaintiff's counsel repeatedly failed to respond to Defendants' detailed letters. As a result, Defendants seek an order compelling Plaintiff to serve a further response to Interrogatory No.

Firmwide:104736570.1 068327.1001

2.

Defs.' Not. of Mot. & Mot. to Compel Further Initial Disclosures & Further Resp. to Defs.' Interrog. No. 1

1, pursuant to Federal Rules of Civil Procedure 26, 33 and 37, and Local Rules 230 and 251, as well as case law such as that set forth above. Defendants also seek an award of expenses (attorneys' fees) incurred by Defendants in preparing and filing this Motion to Compel, pursuant to Federal Rule of Civil Procedure 37(a)(5), in an amount to be submitted with the Joint Statement re Discovery Disagreement and/or determined at the hearing.

Defendants' Motion will be based upon this Notice of Motion and subsequent documents to be filed, including a Joint Statement re Discovery Disagreement and documents related to and supporting that Joint Statement, oral argument, and any further evidence that shall be presented at the hearing of this matter.

Dated: October 27, 2011

MATTHEW J. RUGGLES
ERIC R. OSTREM
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
SHANE A. TERRY; MICHAEL GOLDMAN;
GAVIN HENSING; CLAUDE L. TERRY;
PAUL A. ORMOND; RALPH H. PALMEN;
GARY B. O'MALLEY; AND UNITED
PETROLEUM, LLC