IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORTH AMERICAN LUBRICANTS
COMPANY,

      Plaintiff,         No. CIV S-11-1284 KJM GGH

  vs.

SHANE A. TERRY et al.,

      Defendants.         <u>ORDER</u>

_____/

      This court has considered the parties' proposed Stipulated Protective Order. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the parties' Stipulated Protective Order (dkt. no. 30) is GRANTED with the following modifications.  The substantive standards set forth by the Ninth Circuit for filing documents under seal are found in <u>Pintos v. Pacific Creditors Ass'n.</u>, 605 F.3d 665, 678 (9th Cir. 2010) and <u>Phillips v. General Motors Corp.</u>, 307 F.3d 1206, 1210 (9th Cir. 2002).

      Any confidential material filed with the court, sealed or otherwise, will not be returned at the conclusion of the litigation.

\\\\

\\\\

1       Procedurally, the parties must comply with Eastern District of California Local Rules 141 and 141.1 regarding the sealing of documents.

      IT IS SO ORDERED.

DATED: November 16, 2011

                    /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE

GGH/wvr
NorthAmerican.1284.stip.po.modif.wpd