Robert C Weems (CA SBN 148156)
Margaret M. Weems (CA SBN 164030)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
*rcweems@weemslawoffices.com*

Attorneys for Plaintiff
   North American Lubricants Co

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NORTH AMERICAN LUBRICANTS COMPANY,<br><br>    Plaintiff/Petitioner,<br><br>v.<br><br>SHANE A. TERRY; MICHAEL GOLDMAN; GAVIN HENSING; CLAUDE L. TERRY; PAUL A ORMOND; RALPH H. PALMEN, GARY B. O'MALLEY; AND UNITED PETROLEUM, LLC<br><br>and DOES 1 through 100,<br><br>    Defendant/Respondent | Case No. 2:11-CV-01284-KJM-GGH<br><br>[PROPOSED] ORDER ON STIPULATION SUBMITTED BY PLAINTIFF NORTH AMERICAN LUBRICANTS CO.<br><br>*HEARING:*<br>*Date:*           January 12, 2012<br>*Time:*          10:00 AM<br>*Location:*     Ctrm 9, US Courthouse<br>                     501 I Street, Sacramento<br>*Judge:*        Gregory G. Hollows<br>*Filing Date:*  5/13/2011<br>*Trial Date:*   N/A |

WHEREAS, Plaintiff North American Lubricants Co. untimely served its Responses to Defendants' Requests for Admissions, Set One which Responses were dated November 18 and Verified November 21, 2011 (due November 15, 2011);

WHEREAS, Plaintiff North American Lubricants Co. has moved to withdraw admissions and amend responses, which motion is set for hearing on January 12, 2012 at 10:00 AM at the above stated *Location* before the Hon. Gregory G. Hollows;

1    WHEREAS, the parties have met and conferred concerning the deemed admitted Responses;

2    WHEREAS, Defendants have agreed to permit Plaintiff North American Lubricants Co. to
withdraw its deemed admissions to Requests 1-5 and 13 only and to amend its responses with
respect to Requests 1-5 and 13 only, without waiving arguments as to the merits or sufficiency of
the responses or propriety of objections made by Plaintiff; and

6    WHEREAS, Plaintiff's motion to withdraw its deemed admissions as to the remainder of
Defendants' Requests for Admissions, Set One, specifically Requests 6-12, remains for separate
determination by the Court, as the parties make no stipulation concerning whether Plaintiff's
deemed admissions to Requests 6-12 may be withdrawn;

10    IT IS HEREBY STIPULATED AND AGREED by and between counsel of record that with
respect to Plaintiff's Responses to Requests for Admissions, Set One dated November 18, 2011
and verified November 21, 2011, Plaintiff may withdraw its deemed admissions to Requests 1-5
and 13, and amend its responses to Requests 1-5 and 13. The remainder of Plaintiff's motion to
withdraw its deemed admissions to Requests for Admissions, Set One, specifically with regard to
Requests 6-12, remains for separate determination by the Court.

Dated: _____ 2011                    WEEMS LAW OFFICES

                                           /s/ROBERT C. WEEMS
                                           Robert C Weems, attorneys for North American
                                           Lubricants Co


Dated: January 3, 2012                     LITTLER MENDELSON, PC


                                           /s/ERIC R. OSTREM
                                           Matthew J. Ruggles, Eric R. Ostrem, attorneys
                                           for Defendants Shane A. Terry; Michael
                                           Goldman; Gavin Hensing; Claude L. Terry;
                                           Paul A. Ormond; Ralph H. Palmen, Gary B.
                                           O'Malley; and United Petroleum Company,
                                           LLC

IT IS SO ORDERED:

Dated:                                     /s/ Gregory G. Hollows
January 13, 2012                           Gregory G. Hollows, Magistrate Judge of
                                           the United States District Court