IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORTH AMERICAN LUBRICANTS
COMPANY,

      Plaintiff,                   No. CIV S-11-1284 KJM GGH

     v.

SHANE A. TERRY, et al.,

      Defendants.              <u>ORDER</u>

/

         On January 17, 2012, defendants filed a motion for a protective order regarding the deposition of defendant Gavin Hensing, noticed for hearing on February 2, 2012. (Dkt. No. 70.) Defendants also concurrently filed an ex parte application to hear the motion on shortened time prior to January 23, 2012, the currently scheduled date of the deposition. (Dkt. No. 71.)

         In light of the court's January 18, 2012 order setting a discovery planning conference for February 16, 2012 (dkt. no. 73), the court will vacate the dates with respect to scheduled depositions, and any accompanying document requests, until the discovery planning conference has taken place. The parties may informally consent to proceed with currently scheduled depositions, but the court will not enforce any pending discovery dates/deadlines prior to the discovery planning conference. Accordingly, defendants' motion and ex parte application

1

will be denied without prejudice.

CONCLUSION

        For the foregoing reasons, IT IS HEREBY ORDERED THAT:

        1.  The February 2, 2012 hearing on defendants' motion for a protective order (dkt. no. 70) is vacated;

        2.  Defendants' motion for a protective order (dkt. no. 70) and ex parte application to shorten time (dkt. no. 71) are denied without prejudice;

        3.  The scheduled dates for all presently scheduled depositions, and any accompanying document requests, are vacated until the discovery planning conference has taken place.

DATED: January 18, 2012

          /s/ Gregory G. Hollows
        UNITED STATES MAGISTRATE JUDGE

GGH/wvr
NALC.1284.po.vac.wpd

2