1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NORTH AMERICAN LUBRICANTS
     COMPANY,

11
             Plaintiff,              No. CIV S-11-1284 KJM GGH

12
         vs.

13
     SHANE A. TERRY, et al.,         ORDER TO SHOW CAUSE

14
             Defendants

15   _____/

16          Although plaintiff noticed its Motion To Amend The Judgment for June 8, 2012,

17   there was no appearance for plaintiff at the hearing.   The court denied the motion in an order

18   read into the record; it also denied defendants' request for sanctions for filing a frivolous motion.

19          IT IS ORDERED that the Weems Law Offices, Robert C. Weems and Margaret

20   M. Weems, show cause within seven days from the date of this order why they should not be

21   sanctioned in the amount of $500 for their failure to appear at a hearing they noticed.

22   DATED:  June 11, 2012.

23

24   _____
                 UNITED STATES DISTRICT JUDGE

25

26

1