IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORTH AMERICAN LUBRICANTS
COMPANY,

        Plaintiff,                    No. CIV S-11-1284 KJM GGH

    vs.

SHANE A. TERRY, et al.,           ORDER TO SHOW CAUSE

        Defendants
_____/

        Although plaintiff noticed its Motion To Amend The Judgment for June 8, 2012, there was no appearance for plaintiff at the hearing. The court denied the motion in an order read into the record; it also denied defendants' request for sanctions for filing a frivolous motion.

        IT IS ORDERED that the Weems Law Offices, Robert C. Weems and Margaret M. Weems, show cause within seven days from the date of this order why they should not be sanctioned in the amount of $500 for their failure to appear at a hearing they noticed.

DATED: June 11, 2012.

_____
UNITED STATES DISTRICT JUDGE

1