1

2

3

4

5

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11   NORTH AMERICAN LUBRICANTS
     COMPANY,
12
                    Plaintiff,                 No. CIV S-11-1284 KJM GGH
13
             vs.
14
     SHANE A. TERRY, et al.                    ORDER
15
                    Defendants
16   _____/

17           Plaintiff noticed a Motion To Amend The Judgment for June 8, 2012, but did not

18   appear for the hearing it scheduled.  The court denied the motion in an order read into the record;

19   it also denied defendants' request for sanctions for filing a frivolous motion.  Thereafter it issued

20   an order to show cause, directing the Weems Law Offices, Robert C. Weems and Margaret M.

21   Weems to show cause why they should not be subject to monetary sanctions for failing to appear

22   at the hearing.

23           Robert C. Weems has now filed a declaration taking responsibility for the failure

24   and explaining the breakdown in the firm's calendaring system.  He also asks that the matter be

25   reset for argument on his motion.  The court accepts his explanation but declines to reset the case

26   for argument.

1         IT IS THEREFORE ORDERED that the order to show cause issued June 11,

2  2012 is discharged.

3  DATED:  June 28, 2012.

 

                              UNITED STATES DISTRICT JUDGE