IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORTH AMERICAN LUBRICANTS
COMPANY,

        Plaintiff,                    No. CIV S-11-1284 KJM GGH

    vs.

SHANE A. TERRY, et al.            ORDER

        Defendants
_____/

        Plaintiff noticed a Motion To Amend The Judgment for June 8, 2012, but did not appear for the hearing it scheduled. The court denied the motion in an order read into the record; it also denied defendants' request for sanctions for filing a frivolous motion. Thereafter it issued an order to show cause, directing the Weems Law Offices, Robert C. Weems and Margaret M. Weems to show cause why they should not be subject to monetary sanctions for failing to appear at the hearing.

        Robert C. Weems has now filed a declaration taking responsibility for the failure and explaining the breakdown in the firm's calendaring system. He also asks that the matter be reset for argument on his motion. The court accepts his explanation but declines to reset the case for argument.

1   IT IS THEREFORE ORDERED that the order to show cause issued June 11,
2 2012 is discharged.
3 DATED: June 28, 2012.

_____
UNITED STATES DISTRICT JUDGE